Ida **BERRY**, Individually and as Adminis-
tratrix of the Goods, etc., of Olivia Mar-
shall, Deceased, Appellant, v. FRANKLIN
PLATE GLASS CORPORATION.

No. 9200.

Circuit Court of Appeals, Third Circuit.

Argued April 7, 1947.

Decided April 30, 1947.

Sidney S. Levine, of New York City (John D. Meyer, of Pittsburgh, Pa., on the brief), for appellant.

John M. Reed, of Pittsburgh, Pa., for appellee.

Before BIGGS, GOODRICH, and KALODNER, Circuit Judges.

PER CURIAM.

The order of the court below dismissing the complaint, 66 F.Supp. 863, will be affirmed.